AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hao Wang and Xufeng Ao | ) | Case No. 1:18-mj-538 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED NOV - 9 2018

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2018 to present__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 846 | Conspiracy to Distribute Marijuana, a Schedule I Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit, herein incorporated by reference.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Michael P. Ben'Ary

_____
*Complainant's signature*

John Diffley, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

/s/ Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*